**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   Alain Leibman, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(609) 895-6743
Counsel for Defendant Jyotin Parikh

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:07-cr-197 (SDW) |
| Plaintiff, | |
| v. | |
| JYOTIN PARIKH, | CONSENT ORDER DIRECTING PRETRIAL SERVICES TO RELEASE PASSPORT |
| Defendant. | |

THIS MATTER having been opened to the Court on the application of the defendant, Jyotin Parikh, with the consent of the United States Attorney's Office (Joseph Mack, AUSA) affixed hereto, for release of the defendant's passport by the U.S. Pretrial Services Agency following the defendant's sentencing on December 9, 2010; and good cause having been shown;

IT IS on this  16th  day of December, 2010:

ORDERED that the U.S. Pretrial Services Agency be and is hereby authorized and directed to return to defendant Jyotin Parikh his United States Passport within twenty (20) days of the date of entry hereof.

Consented as to form and entry:

| | |
|---|---|
| FOX ROTHSCHILD LLP<br>Attorneys for Defendant | UNITED STATES ATTORNEY'S OFFICE |
| By: _____<br>Alain Leibman | By: _____<br>Joseph Mack |

SO ORDERED:

_____
HON. SUSAN D. WIGENTON, U.S.D.J.